KAREN R. GOODMAN
SHEFSKY & FROELICH, LTD
111 East Wacker Drive
SUITE 2800
CHICAGO, IL  60601
(312) 527-4000
Chapter 7 Trustee

The Honorable: SUSAN PIERSON SONDERBY
Chapter   7
Location: _____ Room 642
Hearing Date: _____ / /
Hearing Time: _____
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RUSCHLI, JOHN L.                §   Case No. 08-10738
                                       §
                                       §
                                       §
Debtor(s)                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $160,000.00<br>*(without deducting any secured claims)* | Assets Exempt: $23,083.00 |
| Total Distribution to Claimants: $137,395.82 | Claims Discharged<br>Without Payment: $97,588.97 |
| Total Expenses of Administration: $19,431.23 | |

3) Total gross receipts of $   156,827.05   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $156,827.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 19,431.23 | 19,431.23 | 19,431.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 277,645.81 | 285,984.79 | 234,984.79 | 137,395.82 |
| **TOTAL DISBURSEMENTS** | $277,645.81 | $305,416.02 | $254,416.02 | $156,827.05 |

4) This case was originally filed under Chapter 7 on April 30, 2008. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/23/2012          By: /s/KAREN R. GOODMAN
                                              Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash obtained from sale of Mercedes to Mother | 1129-000 | 21,834.00 |
| Settlement of Class Actions | 1249-000 | 134,826.82 |
| Interest Income | 1270-000 | 166.23 |
| **TOTAL GROSS RECEIPTS** | | **$156,827.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 11,091.21 | 11,091.21 | 11,091.21 |
| KAREN R. GOODMAN | 2200-000 | N/A | 251.80 | 251.80 | 251.80 |
| SHEFSKY & FROELICH LTD. | 3110-000 | N/A | 5,166.00 | 5,166.00 | 5,166.00 |
| ALAN D. LASKO | 3410-000 | N/A | 1,613.00 | 1,613.00 | 1,613.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO | 3420-000 | N/A | 25.38 | 25.38 | 25.38 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 17.60 | 17.60 | 17.60 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 154.90 | 154.90 | 154.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 137.80 | 137.80 | 137.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 300.16 | 300.16 | 300.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 363.86 | 363.86 | 363.86 |
| The Bank of New York Mellon | 2600-000 | N/A | -10.72 | -10.72 | -10.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 320.24 | 320.24 | 320.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,431.23 | 19,431.23 | 19,431.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 24,385.01 | 24,057.13 | 24,057.13 | 14,066.23 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | 4,314.95 | 4,314.95 | 4,314.95 | 2,522.97 |
| 3 | Anchor Bank | 7100-000 | 137,815.56 | 135,334.50 | 135,334.50 | 79,130.20 |
| 4 | Rbs Citizens NA | 7100-000 | N/A | 2,339.92 | 2,339.92 | 1,368.15 |
| 5 | Jane Ruschli | 7100-000 | 92,000.00 | 101,000.00 | 50,000.00 | 29,235.04 |
| 6 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 19,130.29 | 18,938.29 | 18,938.29 | 11,073.23 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 277,645.81 | 285,984.79 | 234,984.79 | 137,395.82 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-10738  
Case Name: RUSCHLI, JOHN L.  
Period Ending: 02/23/12

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 04/30/08 (f)  
§341(a) Meeting Date: 05/27/08  
Claims Bar Date: 12/29/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 340 Waukegan Rd. Unit 4, Glenview (condo) Debtor has 1/3 interest. No equity after payments of closing costs. | 160,000.00 | 22,501.00 | DA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Cash obtained from sale of Mercedes to Mother | 21,000.00 | 21,000.00 | | 21,834.00 | FA |
| 4 | Checking Account Citi Bank | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account Chase | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Echo Trading Account | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Fidelity Investments | 133.00 | 0.00 | | 0.00 | FA |
| 8 | Household Goods and Furnishings (Furniture owned | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Books and Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Fidilety IRA | 100.00 | 0.00 | | 0.00 | FA |
| 12 | JR Associates Independent Insurance Sales | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Series Insurance License | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Country Club Membership-non-equity | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1995 Chevrolet Caprice | 2,400.00 | 0.00 | | 0.00 | FA |
| 16 | Computer | 100.00 | 0.00 | | 0.00 | FA |
| 17 | Settlement of Class Actions (u) | 0.00 | 0.00 | | 134,826.82 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 166.23 | FA |
| 18 | Assets    Totals (Excluding unknown values) | $189,083.00 | $43,501.00 | | $156,827.05 | $0.00 |

Major Activities Affecting Case Closing:

    File TDR

Initial Projected Date Of Final Report (TFR):    December 31, 2009          Current Projected Date Of Final Report (TFR):    November 4, 2011  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-10738 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | RUSCHLI, JOHN L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***5266 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/23/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/08 | {3} | LAW OFFICES OF PAUL M. BACH | PARTIAL TURNOVER OF PROCEEDS OF SALE OF MERCEDES | 1129-000 | 11,834.00 | | 11,834.00 |
| 10/14/08 | {3} | LAW OFFICES OF PAUL M. BACH | TURNOVER OF REMAINDER OF PROCEEDS OF SALE OF MERCEDES | 1129-000 | 10,000.00 | | 21,834.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.14 | | 21,835.14 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.71 | | 21,836.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.54 | | 21,838.39 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.89 | | 21,839.28 |
| 02/06/09 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #08-10738, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 17.60 | 21,821.68 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.83 | | 21,822.51 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 21,823.45 |
| 04/16/09 | {17} | Bach Law Offices | Turnover of Assets by Debtor | 1249-000 | 130,518.38 | | 152,341.83 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.48 | | 152,344.31 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.00 | | 152,350.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.63 | | 152,356.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.42 | | 152,363.36 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.42 | | 152,369.78 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.21 | | 152,375.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.21 | | 152,382.20 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.42 | | 152,388.62 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.42 | | 152,395.04 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.01 | | 152,401.05 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-10738, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided on 02/04/10 | 2300-000 | | 154.90 | 152,246.15 |
| 02/04/10 | 1002 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-10738, Bond Premium Payment on Bank Balance as of 02/04/2010, Blanket bond II Voided: check issued on 02/04/10 | 2300-000 | | -154.90 | 152,401.05 |
| 02/04/10 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2010 FOR CASE #08-10738, Bond #016026455 | 2300-000 | | 154.90 | 152,246.15 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.79 | | 152,251.94 |

Subtotals: $152,424.44   $172.50

{} Asset reference(s)   Printed: 02/23/2012 11:44 AM   V.12.57

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-10738 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | RUSCHLI, JOHN L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | **-***5266 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 02/23/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.83 | | 152,258.77 |
| 04/13/10 | {17} | Newmont Mining Securities Litigation | Payment on claim for settlement in class action suit against Newmont. | 1249-000 | 4,308.44 | | 156,567.21 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 3.96 | | 156,571.17 |
| 04/20/10 | | Wire out to BNYM account 9200******0465 | Wire out to BNYM account 9200******0465 | 9999-000 | -156,571.17 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 172.50 | 172.50 | $0.00 |
| | | | Less: Bank Transfers | | -156,571.17 | 0.00 | |
| | | | **Subtotal** | | 156,743.67 | 172.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$156,743.67** | **$172.50** | |

{} Asset reference(s)    Printed: 02/23/2012 11:44 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-10738 | | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|---|
| Case Name: | RUSCHLI, JOHN L. | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account: | 9200-******04-65 - Money Market Account |
| Taxpayer ID #: | **-***5266 | | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/23/12 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | 9999-000 | 156,571.17 | | 156,571.17 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.30 | | 156,574.47 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.31 | | 156,583.78 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.01 | | 156,592.79 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.31 | | 156,602.10 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 9.31 | | 156,611.41 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.86 | | 156,615.27 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.99 | | 156,619.26 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.86 | | 156,623.12 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.99 | | 156,627.11 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.99 | | 156,631.10 |
| 02/08/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #08-10738, Bond #016026455 | 2300-000 | | 137.80 | 156,493.30 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.60 | | 156,496.90 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.98 | | 156,500.88 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.85 | | 156,504.73 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.98 | | 156,508.71 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.28 | | 156,509.99 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.32 | | 156,511.31 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 300.16 | 156,211.15 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.32 | | 156,212.47 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 363.86 | 155,848.61 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.72 | 155,859.33 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.28 | | 155,860.61 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 320.24 | 155,540.37 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.32 | | 155,541.69 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.27 | | 155,542.96 |
| 12/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.25 | | 155,543.21 |
| 12/07/11 | | To Account #9200******0466 | FUNDS TRANSFER | 9999-000 | | 155,543.21 | 0.00 |
| | | ACCOUNT TOTALS | | | 156,654.55 | 156,654.55 | $0.00 |
| | | Less: Bank Transfers | | | 156,571.17 | 155,543.21 | |
| | | Subtotal | | | 83.38 | 1,111.34 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $83.38 | $1,111.34 | |

{} Asset reference(s)

Printed: 02/23/2012 11:44 AM    V.12.57

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-10738 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | RUSCHLI, JOHN L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******04-66 - Checking Account |
| Taxpayer ID #: | **-***5266 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 02/23/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/11 | | From Account #9200******0465 | FUNDS TRANSFER | 9999-000 | 155,543.21 | | 155,543.21 |
| 12/07/11 | 101 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 12/07/2011 | 3420-000 | | 25.38 | 155,517.83 |
| 12/07/11 | 102 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 12/07/2011 | 3410-000 | | 1,613.00 | 153,904.83 |
| 12/07/11 | 103 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 12/07/2011 | 2200-000 | | 251.80 | 153,653.03 |
| 12/07/11 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 12/07/2011 | 2100-000 | | 11,091.21 | 142,561.82 |
| 12/07/11 | 105 | SHEFSKY & FROELICH LTD. | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 12/07/2011 | 3110-000 | | 5,166.00 | 137,395.82 |
| 12/07/11 | 106 | PYOD LLC its successors and assigns as assignee of | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 14,066.23 | 123,329.59 |
| 12/07/11 | 107 | Discover Bank/DFS Services LLC | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 | 7100-000 | | 2,522.97 | 120,806.62 |
| 12/07/11 | 108 | Anchor Bank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 | 7100-000 | | 79,130.20 | 41,676.42 |
| 12/07/11 | 109 | Rbs Citizens NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 1,368.15 | 40,308.27 |
| 12/07/11 | 110 | Jane Ruschli | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 | 7100-000 | | 29,235.04 | 11,073.23 |
| 12/07/11 | 111 | FIA CARD SERVICES, NA/ BANK OF AMERICA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 | 7100-000 | | 11,073.23 | 0.00 |

|   |   |   |
| --- | --- | --- |
| ACCOUNT TOTALS | 155,543.21 | 155,543.21 | $0.00 |
| Less: Bank Transfers | 155,543.21 | 0.00 | |
| Subtotal | 0.00 | 155,543.21 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $155,543.21 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****04-65 | 156,743.67 | 172.50 | 0.00 |
| MMA # 9200-******04-65 | 83.38 | 1,111.34 | 0.00 |
| Checking # 9200-******04-66 | 0.00 | 155,543.21 | 0.00 |
| | $156,827.05 | $156,827.05 | $0.00 |

{} Asset reference(s)                                                                                                  Printed: 02/23/2012 11:44 AM    V.12.57